UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case No.: 12MC51044
      Hon. George Caram Steeh

JULIET CASAB,

      Defendant,
and

KEYSTON BROS,

      Garnishee.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I mailed the following documents by U.S. mail to the below recipients:

| | |
|---|---|
| Juliet Casab<br>23233 Springbrook<br>Farmington Hills, MI 48336 | Application for Writ of Garnishment<br>Clerk's Notice of Garnishment<br>Request for Hearing Forms/Notice of Exemptions<br>Certificate of Service |

| | |
|---|---|
| Keyston Bros<br>1000 Holcomb Woods Pkwy #111<br>Roswell, GA 30076 | Writ of Continuing Garnishment<br>Answer of Garnishee Form<br>Certificate of Service |

MATTHEW SCHNEIDER
United States Attorney

By:   /s/ JACQUELINE M. HOTZ
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9108
E-mail: jackie.hotz@usdoj.gov
Date: October 19, 2020          Michigan Bar No.: (P35219)

to